Nancy **CHEFFEY**, Petitioner–
Respondent,

v.

Richard **CHEFFEY**, Respondent–
Appellant.

No. 17315.

Missouri Court of Appeals,
Southern District,
Division Two.

Dec. 31, 1991.

Julianne **SWITZER**, Appellant,

v.

Thomas E. **SWITZER**, Respondent.

No. 59409.

Missouri Court of Appeals,
Eastern District,
Division One.

Jan. 7, 1992.

Marion Ann Reynolds, Springfield, for respondent-appellant.

Bruce McCurry, Dickey, Allemann, Chaney & McCurry, Springfield, for petitioner-respondent.

PER CURIAM.

Appellant Richard Cheffey seeks to appeal from a judgment entered by the trial court on November 6, 1990. Respondent has filed a meritorious motion to dismiss the appeal. The judgment was entered pursuant to the agreement of the parties. This appeal is dismissed for lack of jurisdiction.

A judgment entered pursuant to an agreement of the parties is not a judicial determination of rights and cannot be appealed. *Shafer v. Auto. Club Inter–Ins. Exchange*, 778 S.W.2d 395, 400[5] (Mo.App. 1989); *Roberts v. Roberts*, 515 S.W.2d 805, 806[2] (Mo.App.1974); *State ex rel. Fletcher v. New Amsterdam Cas. Co.*, 430 S.W.2d 642, 645[7,8] (Mo.App.1968); *Foger v. Johnson*, 362 S.W.2d 763, 764–765[2] (Mo.App.1962). A party is estopped or waives his right to appeal when a judgment is entered at his request. *State ex rel. Fletcher v. New Amsterdam Cas. Co.*, *supra*, at 645.

Appeal dismissed.

All concur.